IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICOACH TOURS, INC. individually, and as subrogee of DISCOVER RE,

    Plaintiff,

vs.    No. : 04-2016-MaV

ESPAR, INC. and
MOTOR COACH INDUSTRIES, INC.

    Defendants.

## ~~PROPOSED~~ ORDER GRANTING THE MOTION OF AMERICOACH TOURS, INC. TO CONSOLIDATE

This cause came to be heard upon the motion of plaintiff to consolidate the current lawsuit with <u>Americoach v. Detroit Diesel Corp., and Motor Coach Industries, Inc.</u>, cause number 05-2067 MaV, and order a scheduling conference in which new deadlines maybe set. Based upon the motion of the defendants, the record as a whole, and for good cause shown, the court finds that the plaintiff's motion is well taken and should be granted.

WHEREFORE, it is ordered that plaintiffs' Motion to Consolidate is granted and a scheduling conference will be set so that new deadlines maybe established for the consolidated action.

This the 13th day of May, 2005.



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

                          *Diane K. Vescovo*
                          ~~HONORABLE J. DANIEL BREEN~~
                          United States ~~District~~ Judge
                                         *Magistrate*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT