# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY 38W

05 MAY 19 PM 4: 53

Robert R. Di Trolio
CLERK U.S. DIST CT
W.D. OF TN MEMPHIS

| | | |
|---|---|---|
| AMERICOACH TOURS, INC. , Individually and as Subrogee of DISCOVER RE, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | NO.   04-2016-MaV |
| ESPAR, INC., and MOTOR COACH INDUSTRIES, INC., | * * * | JURY DEMANDED |
| Defendants. | * | |
| and | | |
| MOTOR COACH INDUSTRIES, INC., | * * | |
| Defendant/Cross-Plaintiff, | * * | |
| vs. | * * | |
| ESPAR, INC., | * * | |
| Plaintiff/Cross-Defendant. | * | |

FILED BY
05 MAY 23 AM 9: 16
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN MEMPHIS

---

## ORDER GRANTING ADMISSION PRO HAC VICE

Based upon the Motion for Admission Pro Hac Vice, submitted by Mark E. Enright and Thadford A. Felton, and counsel for Motor Coach Industries, Inc., and the Court having received and reviewed the Certificate of Good Standing regarding Mark E. Enright and Thadford A. Felton, the Motion is well taken and shall be granted.  It is accordingly **ORDERED** that Mark E. Enright and Thadford A. Felton shall be and are hereby permitted to practice before this Court in the above-captioned case.

**ENTER**:

SAMUEL H. MAYES, JR.
DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-23-05

58

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thadford A. Felton
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Mark E. Enright
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT