UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUN -1 PM 5: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| AMERICOACH TOURS, INC., individually, and as subrogee of DISCOVER RE, | |
| Plaintiff, | Consolidated Lead Case No. 04-2016-Ma̶V B |
| vs. | Mays/Vescovo |
| ESPAR, INC., DETROIT DIESEL CORPORATION, and MOTOR COACH INDUSTRIES, INC., | |
| | JURY DEMANDED |
| Defendants. | |

### ORDER

It appearing to the Court, for good cause shown, that the Motion of Defendant MCI to Submit and File Reply Brief is well taken. It is hereby

**ORDERED** that Motor Coach Industries, Inc., is granted leave to file its Reply in Support of Motion to Dismiss. The Reply, attached as Exhibit "A" to Defendant's Motion for Leave to Reply, shall be deemed filed as of the date of the filing of that Motion, and no additional filing is required.

**ENTER:**

~~SAMUEL H. MAYES, JR.,~~
~~UNITED STATES DISTRICT JUDGE~~
~~DIANE VESCOVO, MAGISTRATE JUDGE~~

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Mark E. Enright
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Thadford A. Felton
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Honorable J. Breen
US DISTRICT COURT