UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICOACH TOURS, INC., individually,
and as subrogee of DISCOVER RE,

      Plaintiff,

vs.                                Case No.    04-2016 B/V (Consolidated)
                                                          05-2067 Ma/V

DETRIOT DIESEL CORPORATION,
MOTOR COACH INDUSTRIES, INC.,
and ESPAR, INC.

      Defendants.

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

| | |
|---|---|
| **INITIAL DISCLOSURES (RULE 26(a)(1))**: | July 14, 2005 |
| **JOINING PARTIES**: | August 30, 2005 |
| **AMENDING PLEADINGS**: | August 30, 2005 |
| **COMPLETING ALL DISCOVERY**: | January 20, 2006 |
| **DEADLINE FOR SERVING REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: | December 20, 2005 |
| **EXPERT DISCLOSURE (Rule 26(a)(2))**: | |
|     **PLAINTIFF**: | October 30, 2005 |
|     **DEFENDANTS**: | November 30, 2005 |
| **DEPOSITIONS OF EXPERTS**: | January 20, 2006 |

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-28-05

**FILING DISPOSITIVE MOTIONS:**                              February 17, 2006

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

      **PLAINTIFF:**                                           April 17, 2006

      **DEFENDANT:**                                        May 3, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

This case is set for non-jury trial, and the trail is expected to last 7 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all the parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED**.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: June 27, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Mark E. Enright
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thadford A. Felton
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT