UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICOACH TOURS, INC., individually,
and as subrogee of DISCOVER RE,

    Plaintiff,

vs.                      Case No.    04-2016 B/V (Consolidated)
                                              05-2067 Ma/V

DETROIT DIESEL CORPORATION,
MOTOR COACH INDUSTRIES, INC.,
and ESPAR, INC.

    Defendants.

**CONSENT ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This cause came to be heard upon the request of the plaintiffs, Americoach Tours, Inc., individually and as subrogee of Discover Re, to amend the complaints filed in cause numbers 04-2016 and 05-2067 pursuant to Rule 15 of the Federal Rule of Civil Procedure. Counsel for the plaintiff consulted with counsel for each defendant at various times between July 8, 2005 and July 28, 2005, and counsel for each opposing party has consented to this plaintiff's amendment of the complaints filed in both cause number 04-2016 and cause number 05-2067. Both defendant Detroit Diesel Corporation and defendant Motor Coach Industries, Inc. filed motions to dismiss following plaintiff's filing of its complaint in cause number 05-2067. Their pending motions to dismiss, which are fully briefed and awaiting ruling, will apply to the allegations of the amended complaint so that new motions to dismiss need not be filed.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-16-05

Based upon the written consent of each opposing counsel, the motion for the plaintiffs, the supporting memorandum, and the entire record herein, the court find that Americoach's motion is well taken and should be granted.

WHEREFORE, it is ordered that the plaintiffs' Motion for Leave is granted.

This the 15th day of August, 2005.

Duane K. Vescovo
HONORABLE ~~J. DANIEL BREEN~~ Diane K. Vescovo
United States ~~District~~ Judge
Magistrate

APPROVED:

*W. Timothy Hayes, Jr.* w/ perm. *N. Patterson*
W. TIMOTHY HAYES, JR.
Attorney for the Plaintiffs
119 S. Main Street, Suite 300
Memphis, TN 38103
901-525-8776


*Chad D. Graddy* w/ perm. *N. Patterson*
CHAD D. GRADDY
J. RANDOLPH BIBB
Attorneys for Espar, Inc.
165 Madison Ave.
Suite 2000
Memphis, TN 38103
(901) 526-2000


*Thadford A. Felton* w/ perm. *N. Patterson*
MARK D. ENRIGHT
THADFORD A. FELTON
ALAN B. EASTERLY
Attorneys for MCI
120 S. Riverside Plaze
12th Floor
Chicago, IL 60606
(312) 876-7862


*Robert L. Crawford* w/ perm. *N. Patterson*
ROBERT L. CRAWFORD
Attorney for Detroit Diesel
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120
901-537-1000

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Mark E. Enright
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Thadford A. Felton
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT