UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 OCT 31 AM 11: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMERICOACH TOURS, INC., individually, and as subrogee of DISCOVER RE,<br><br>Plaintiff,<br><br>v.<br><br>DETROIT DEISEL CORPORATION, MOTOR COACH INDUSTRIES, INC., And ESPAR, INC.,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NO: 2:04-2016-B (Consolidated)<br>2:05-2067-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Rule 41 Stipulation Of Dismissal entered on October 24, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/28/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CV-02016 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Jeffrey K. Fleishmann
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Thadford A. Felton
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Mark E. Enright
ARNSTEIN & LEHR
120 S. Riverside Plaza
12th Floor
Chicago, IL 60606

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Alan B. Easterly
LEITNER WILLIAMS DOOLEY & NAPOLITAN
801 Broad St.
Third Floor
Chattanooga, TN 37402--262

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

John Claude Murrow
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT